IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**MELANIE RIVERO**                          **PLAINTIFF**

VS.                       **CIVIL ACTION NO. 2:05cv2193KS-JMR**

**UNITED STATES OF AMERICA**            **DEFENDANT**

## ORDER

Considering the Motion to Dismiss Without Prejudice filed by the Plaintiff,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the captioned matter is dismissed, without prejudice.

**THUS DONE AND SIGNED** this, the 23rd day of May, 2006.

                                       *s/Keith Starrett*
                                       UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/William C. Helm
William C. Helm, MSB No. 8960
HELM & JACOBS, LLC
1669 Lobdell Avenue, Suite F
Baton Rouge, Louisiana 70806
Telephone: (225) 231-7006
Facsimile: (225) 231-7001
Attorney for Alex Rivero